# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2011

Robert P. Young, Jr.,
Chief Justice

142154

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DONALD McLEAN and CHRISTINE McLEAN,
Personal Representatives of the Estate of Karen
McLean,
      Plaintiffs-Appellees,

v

SC: 142154
COA: 290781
Chippewa CC: 03-006994-NH

MAUREEN PHENIX, SAMUEL W. HARMA,
and HIAWATHA BEHAVIORAL HEALTH,
      Defendants-Appellants,
and

ROBERT B. McELHANEY, M.D.,
      Defendant,
and

MICHIGAN ASSOCIATION OF COMMUNITY
MENTAL HEALTH BOARDS,
      Amicus-Curiae.

_____/

      On order of the Court, the application for leave to appeal the August 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2011

Clerk

t0622